**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Russell W. Rice, Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-186254

Appeal From Greenville County
C. Victor Pyle, Jr., Trial Court Judge

Appeal From Greenville County
Robin B. Stilwell, Post-Conviction Relief Judge

Unpublished Opinion No. 2014-UP-361
Heard September 8, 2014 – Filed October 15, 2014

**AFFIRMED**

Appellate Defender Robert M. Pachak, of Columbia, for
Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Karen Christine Ratigan, both of
Columbia, for Respondent.

**PER CURIAM:**  Russell W. Rice appeals the post-conviction relief court's denial of his claim for ineffective assistance of counsel.   On appeal, Rice claims his counsel was ineffective for failing to conduct an independent investigation of the alleged murder weapon found in Rice's vehicle.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *Strickland v. Washington*, 466 U.S. 668, 687 (1984) (stating to prove trial counsel was ineffective, the defendant must show (1) trial counsel's performance was deficient and (2) the deficiency prejudiced the defendant); *Lounds v. State*, 380 S.C. 454, 462, 670 S.E.2d 646, 650 (2008) (stating when trial counsel has a valid reason for employing a certain strategy, it is not deemed to be ineffective assistance of counsel); *Frasier v. State*, 306 S.C. 158, 160-61, 410 S.E.2d 572, 573 (1991) (holding trial counsel's failure to procure an expert witness was not unreasonable under prevailing professional norms where counsel vigorously cross-examined and attacked the accuracy of the evidence); *Cherry v. State*, 300 S.C. 115, 119, 386 S.E.2d 624, 626 (1989) (holding the appropriate scope of review is that any evidence of probative value is sufficient to support the findings of the PCR court).

**AFFIRMED.**

**HUFF, SHORT, and KONDUROS, JJ., concur.**